**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Charles B. Casper**<br>Admitted in Pennsylvania, New Jersey &<br>New York | 437 Madison Avenue<br>29th Floor<br>New York, NY 10022<br>Tel: 212-867-9500 | Direct Dial:   215-772-7223<br>Fax:           215-772-7620<br>Email:         ccasper@mmwr.com |

October 2, 2015

**VIA ECF AND FIRST CLASS MAIL**

The Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
Chambers: Room S905
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Kwon v. NBTY, Inc., et al.**
    **Case No. 1:15-cv-03866-KAM-RML**

Dear Judge Matsumoto:

  Pursuant to the Court's Chambers Practices Section IV.C.1.c., the following documents are being filed today via ECF on behalf of Defendants NBTY, Inc., United States Nutrition, Inc. and Healthwatchers, Inc. ("Defendants"):

  1. Defendants' Notice of Their Motion to Dismiss the Complaint, dated August 28, 2015 [Dkt. No. 20];

  2. Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint, dated August 28, 2015 [Dkt. No. 20-1];

  3. the Certificate of Service of Defendants' Notice of Their Motion to Dismiss the Complaint and Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint, dated August 28, 2015 [Dkt. No. 20-2]; and

  4. Defendants' Reply in Support of Their Motion to Dismiss the Complaint, dated October 2, 2015 [Dkt. No. 23].

Montgomery McCracken Walker & Rhoads LLP

The Hon. Kiyo A. Matsumoto
October 2, 2015
Page 2

       Two courtesy copies of Defendants' motion package are being sent via First Class Mail.

       Respectfully submitted,

       Charles B. Casper

CBC:pal
Enclosures

cc:    All counsel of record (via ECF) (no enclosures)